```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17738
    DELORES BARDLEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1489

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/28/2007 and was confirmed 11/14/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG          .00            .00            .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE      2894.01            .00            .00
CENTRIX FUNDS LLC         SECURED VEHIC      2009.82         666.66        2009.82
CENTRIX FUNDS LLC         UNSEC W/INTER      9917.13            .00            .00
ALLIANCE ONE              UNSEC W/INTER NOT FILED              .00            .00
BUREAU OF COLLECTION REC  UNSEC W/INTER NOT FILED              .00            .00
CITRON                    UNSEC W/INTER NOT FILED              .00            .00
GESS & ASSOCIATES         UNSEC W/INTER NOT FILED              .00            .00
HELVEY ASSOCIATION        UNSEC W/INTER NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER       722.12            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      1575.29            .00            .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY   NOT FILED              .00            .00
LVNV FUNDING              NOTICE ONLY   NOT FILED              .00            .00
LVNV FUNDING              NOTICE ONLY   NOT FILED              .00            .00
FEDERATED RTL/MARSHALL F  UNSEC W/INTER       357.87            .00            .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      1063.93            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER       580.37            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER       626.25            .00            .00
NATIONWIDE RECOVERY SYST  NOTICE ONLY   NOT FILED              .00            .00
NICOR GAS                 UNSEC W/INTER NOT FILED              .00            .00
NW COLLECTOR              UNSEC W/INTER NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER       216.29            .00            .00
SHERMAN ACQUISITION       UNSEC W/INTER NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER       380.80            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER NOT FILED              .00            .00
MUNICIPAL COLLECTION SER  UNSEC W/INTER NOT FILED              .00            .00
PFG OF MINNESOTA          UNSEC W/INTER NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER       339.55            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       2,300.00                       1,274.29
TOM VAUGHN                TRUSTEE                                            323.23
DEBTOR REFUND             REFUND                                                .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17738 DELORES BARDLEY
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  4,274.00

PRIORITY                                              .00
SECURED                                          2,009.82
     INTEREST                                      666.66
UNSECURED                                             .00
ADMINISTRATIVE                                   1,274.29
TRUSTEE COMPENSATION                               323.23
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                   4,274.00                4,274.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE

                        PAGE   2
     CASE NO. 07 B 17738 DELORES BARDLEY